

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2015

No. 04-14-00338-CR

Benny Cavazos **VALVERDE**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR3980
Honorable Melisa Skinner, Judge Presiding

## O R D E R

The Appellant's Motion to Withdraw Anders Brief and Motion for Extension of Time to File Brief is hereby GRANTED. The Appellant's brief is due March 23, 2015. Mr. Dean Diachin's "Motion to Withdraw As Counsel Due to Filing Anders Brief" is hereby GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2015.

Keith E. Hottle
Clerk of Court